In the Matter of the Will of JACOB MAYERS, Deceased. MARTHA MAYERS, Appellant; EMPIRE TRUST COMPANY et al., Executors and Trustees under the Will of JACOB MAYERS, Deceased, et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents Empire Trust Company and Richard O. Glaeser, executors and trustees, and with printing disbursements to the respondents the St. Vincent's Hospital of the City of New York, St. Luke's Hospital and Isabelle M. Anspach, payable out of the estate. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ. [184 Misc. 413.]

TRUBON PRODUCTS CORPORATION et al., Appellants-Respondents, v. BON PRODUCTS CORPORATION et al., Respondents-Appellants.— Order unanimously modified upon questions of law by denying the motion to strike out the "Fourth" defense, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ. [See 270 App. Div. 760.]